**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2329-WJM-BNB

MICHELLE MENKAL,

    Plaintiff,

v.

INTEGRATED ASSET SERVICES, LLC, a limited liability company

    Defendant.

**ORDER DIRECTING REASSIGNMENT**

    This matter is before the Court upon notification of a Notice of Directly Related Cases filed in civil action 12-cv-2384-JLK on September 7, 2012 (ECF No. 3 in Civil Action 12-cv-2384-JLK). The Notice of Directly Related Cases indicates that the above captioned action is nearly identical in facts and law to civil actions 12-cv-1712-RBJ and 12-cv-2384-JLK. Pursuant to discussions with United States District Court Judge R. Brooke Jackson, this Court finds that the interests of justice are best served and judicial economy is preserved if the above captioned action is REASSIGNED to Judge Jackson.

    As required by D.C.COLO.LCivR 40.1A approval from Chief Judge Wiley Y. Daniel has been granted for the reassignment of this action to Judge Jackson.

    It is therefore ORDERED that the above-captioned matter is REASSIGNED to Judge Jackson and all future filings in civil action 12-cv-2329-WJM shall be docketed

under the case number 12-cv-02329-RBJ.

Dated this 13th day of September, 2012.

BY THE COURT:

William J. Martínez
United States District Judge